## EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SERGIO LOPEZ, individually and on behalf
Of all others similarly situated,

                Docket No. 22-cv-04541

        Plaintiffs,

                **STIPULATION OF DISMISSAL**
-against-                        **WITH PREJUDICE**

FRANK'S PAINTING OF LI, LLC, FRANCO
OLIVARIO, individually and in his official
Capacity, and any other related persons and/or
Entities,

        Defendants.
-----------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the Parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed with prejudice without costs to any party or against any other. This Stipulation may be filed without further notice with the Clerk of the Court.

    This Stipulation shall not be in effect until executed by all Parties set forth herein.

Dated:   July ~~31~~, 2023

By: _____
David S. Feather, Esq.
Feather Law Firm, P.C.
666 Old Country Road, Suite 509
Garden City, New York 11530
*Attorneys for Defendants*

By: *Chaya M. Gourarie*
Chaya M. Gourarie, Esq.
Bell Group, PLLC
116 Jackson Avenue
Syosset, New York 11791
*Attorneys for Plaintiff*

SO ORDERED:

/s/: James M. Wicks

JAMES M. WICKS, U.S.M.J.

7